UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RAPS HAYWARD LLC,<br><br>　　　　Defendant. | Case No. 17-cv-06167-EMC<br><br>**ORDER TO SHOW CAUSE** |

　　　The initial case management conference was held on February 1, 2018, at 9:30 a.m. Defendant failed to appear at the conference, either in person or by telephone. Defendant is ordered to show cause as to why sanctions should not be imposed for failure to appear. Defendant's response shall be filed within one week of the date of this order.

　　　IT IS SO ORDERED.

Dated: 2/2/2018

_____
EDWARD M. CHEN
United States District Judge