**PATEL | STILWELL, LLP**
ANDREW R. STILWELL, ESQ.  (CBN: 229469)
3160 Camino Del Rio South, Suite 313
San Diego, CA 92108
Telephone: (619) 940-6623
Email: Paralegal@PatelStilwell.com
Attorney for DEFENDANT,
    RAPS HAYWARD, LLC DBA PACIFIC EURO HOTEL

**STROJNIK LAW FIRM LLC**
PETER KRISTOFER STROJNIK, ESQ.
Esplande Center III
2415 East Camelback Road, Suite 700
Phoenix, AZ 85016
Telephone: 602-773-0370
Email: Strojnik@skplaw.com
Attorney for Plaintiff,
    THERRESA BROOKE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with sole and separate claim,<br><br>    Plaintiff,<br><br>vs.<br><br>RAPS HAYWARD, LLC, a California limited liability company, dba, Pacific Euro Hotel,<br><br>    Defendant. | Case No. 3:17-CV-06167-EMC<br><br>**JOINT STIPULATION AND [P~~ROPO~~SED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Ct. Rm.:    5<br>Judge:    Hon. Edward M. Chen<br><br>Complaint Filed:    March 21, 2017<br>Trial Date:    Not Yet Set |

The parties to this action, acting through counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a

negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: May 22, 2018            **PATEL | STILWELL, LLP**

                               */s/ ANDREW R. STILWELL*
                               ANDREW R. STILWELL, ESQ.
                               DARSHAN PATEL, ESQ.
                               Attorneys for DEFENDANT,
                               RAPS HAYWARD, LLC


Dated: May 22, 2018            **STROJNIK FIRM, LLC**

                               */s/ PETER K. STROJNIK*
                               PETER KRISTOFER STROJNIK, ESQ.
                               Attorney for Plaintiff,
                               THERESA BROOKE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with sole and separate claim,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>RAPS HAYWARD, LLC, a California limited liability company, dba, Pacific Euro Hotel,<br><br>　　　　　　　Defendant. | Case No. 3:17-CV-06167-EMC<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Ct. Rm.:　　Courtroom 5<br>Judge:　　　Hon. Edward M. Chen<br>Complaint Filed:　March 21, 2017<br>Trial Date:　　Not Yet Set |

The Court having considered the Stipulation of the parties, orders as follows:

　　1.　The action is dismissed with prejudice.

　　2.　Each Party shall bear their own costs and attorneys' fees.

　　3.　The Court shall retain jurisdiction over this matter to enforce the terms of the Settlement Agreement

IT IS SO ORDERED.

DATE: ___5/23/18___



_____
JUDGE, UNITED STATES DISTRICT COURT